IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL OTIS JOHNSON

      Petitioner,               No. 2:13-cv-0222 CKD P

    vs.

PEOPLE OF THE STATE OF CALIFORNIA

      Respondent.             ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and a request to proceed in forma pauperis.

        Examination of the affidavit reveals petitioner is unable to afford the costs of this action. Accordingly, leave to proceed in forma pauperis is granted. 28 U.S.C. § 1915(a).

        According to Rule 2 of the Rules Governing § 2254 cases, a petition for writ of habeas corpus filed in this court must be signed under penalty of perjury by the petitioner or by a person authorized to sign it for the petitioner under 28 U.S.C. § 2242. See Rule 2(c)(5), Rules Governing § 2254 Cases. The pending petition submitted by petitioner on January 30, 2013 is unsigned.

        Petitioner is hereby notified that in order for this court to review his petition, he must file a petition that is signed under penalty of perjury.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's motion to proceed in forma pauperis (Dkt. No. 9) is GRANTED;

2. Petitioner's unsigned petition for writ of habeas corpus is dismissed with leave to amend within thirty days from the date of this order;

3. Any amended petition must be filed on the form employed by this court and must state all claims and prayers for relief on the form.  It must bear the case number assigned to this action, must bear the title "Amended Petition," and must be signed under penalty of perjury; and

4. The Clerk of the Court is directed to send petitioner the form for habeas corpus application.

Dated: April 24, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
john0222.unsignedpet

2