1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL ODIS JOHNSON,                      No.  2:13-cv-0222 CKD P

12                    Petitioner,

13        v.                                     ORDER

14   PEOPLE OF THE STATE OF
     CALIFORNIA,
15
                     Respondent.
16

17          On July 29, 2013, petitioner filed a document the court construes as a motion for

18   reconsideration of this court's dismissal of this action for failure to exhaust state court remedies.

19   A district court may reconsider a ruling under either Federal Rule of Civil Procedure 59(e) or

20   60(b).  See Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1262 (9th

21   Cir. 1993).  "Reconsideration is appropriate if the district court (1) is presented with newly

22   discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3)

23   if there is an intervening change in controlling law."  Id. at 1263.

24          The court has reviewed the document filed by petitioner on July 29, 2013.  There is still

25   nothing suggesting petitioner has exhausted state court remedies with respect to the two claims

26   identified in his May 8, 2013 amended petition for writ of habeas corpus.

27   /////

28   /////

                                                    1

1          Accordingly, IT IS HEREBY ORDERED that petitioner's July 29, 2013 motion for

2   reconsideration (ECF No. 15) is denied.

3   Dated:  August 8, 2013

4   _____
    CAROLYN K. DELANEY
5   UNITED STATES MAGISTRATE JUDGE

6

7

8

9   1
    john0222.mfr
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2